UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ESTRADA CAMPOS, JR.,  )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Petitioner,　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>THE PEOPLE OF CALIFORNIA,　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　Respondent.　　　　　　　)<br>　　　　　　　　　　　　　　　　　) | Case No.: 1:16-cv-00269-JLT<br><br>ORDER GRANTING PETITIONER'S REQUEST TO NAME PROPER RESPONDENT<br><br>(Doc. 10) |

　　　　A petitioner seeking habeas corpus relief under 28 U.S.C. § 2254 must name the state officer having custody of him as the respondent to the petition. Rule 2 (a) of the Rules Governing § 2254 Cases; <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir. 1996); <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994). Normally, the person having custody of an incarcerated petitioner is the warden of the prison in which the petitioner is incarcerated because the warden has "day-to-day control over" the petitioner. <u>Brittingham v. United States</u>, 982 F.2d 378, 379 (9th Cir. 1992); <u>see also</u>, <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994).

　　　　On March 2, 2016, the Court noted that Petitioner named "the People of California" rather than the warden of the prison where is housed. (Doc. 4) Thus, the Court ordered Petitioner to amend the complaint to name the proper respondent. <u>Id</u>. Petitioner has now done that. (Doc. 10) Thus, the Court **ORDERS**:

　　　　1.　　　　Petitioner's motion to amend his petition (Doc. 10) to name Stuart Sherman as the

respondent, is **GRANTED.**

IT IS SO ORDERED.

   Dated:   **March 29, 2016**          **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE